UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

MARK GILMORE

VERSUS                     CIVIL ACTION NO.: 09-71-JVP-SCR

DEPUTY E. BEAUCHAMP, ET AL

## RULING

The court, having carefully considered the complaint, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Stephen C. Riedlinger dated January 14, 2010, to which no objection has been filed, hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion.

Accordingly, the plaintiff's complaint shall be **DISMISSED** for failure to prosecute pursuant to Local Rule 41.3M.

Baton Rouge, Louisiana, February 3, 2010.

                                             JAMES J. BRADY
                                             UNITED STATES DISTRICT JUDGE
                                             MIDDLE DISTRICT OF LOUISIANA