UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

MARK GILMORE

VERSUS                                             CIVIL ACTION NO.: 09-71-JVP-SCR

DEPUTY E. BEAUCHAMP, ET AL

# JUDGMENT

For written reasons assigned and filed herein;

**IT IS ORDERED** that judgment is hereby entered in favor of defendants, Deputy E. Beauchamp, Deputy Unknown Cooper, and Reverand Unknown Jackson, and against the plaintiff, Mark Gilmore, and this action is hereby **DISMISSED**.

Baton Rouge, Louisiana, February 3rd, 2010.

JAMES J. BRADY
UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA